UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE COMPANY AND
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

      Plaintiffs,                                 Case No.: 10-14767
                                                   HON. Marianne O. Battani

-vs-

PRAMOD KERKAR, MD,
PAIN CLINIC OF MICHIGAN, PC d/b/a
PAIN CLINIC OF MICHIGAN,
PAIN CLINIC OF MICHIGAN ASSOCIATES, PC, AND
MAPLE MILLENNIUM MEDICAL CENTER a/k/a
THE MAPLE MEDICAL CLINIC,

      Defendants.

_____

## ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL IN PART AND DENYING IN PART

      This matter comes before the Court on Plaintiff's Second Motion to Compel Complete Answers to Its First Request for Production of Documents Directed to Defendants. This matter was referred to the Hon. Mark A. Randon for decision and after hearing oral argument, rules as follows:

      IT IS HEREBY ORDERED that the Defendants shall produce to Plaintiffs forthwith Profit and Loss Ledgers from the years 2004 through to present, or within 30 day from the date of this Order.

      IT IS SO ORDERED.

                                                          s/Mark A. Randon
                                                          Mark A. Randon
                                                          United States Magistrate Judge

Dated: December 20, 2011

2

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 20, 2011, electronically.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*

Approved as to form:


/s/ Craig S. Romanzi_____
CRAIG S. ROMANZI (P45549)


/s/ Allison D. Lazette _____
KAREN W. MAGDICH (P62746)
ALLISON D. LAZETTE (P70945)