**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALLSTATE INSURANCE COMPANY AND
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

       Plaintiffs,                           Case No.:  10-14767
                                          HON. Marianne O. Battani

-vs-

PRAMOD KERKAR, MD,
PAIN CLINIC OF MICHIGAN, PC d/b/a
PAIN CLINIC OF MICHIGAN,
PAIN CLINIC OF MICHIGAN ASSOCIATES, PC, AND
MAPLE MILLENNIUM MEDICAL CENTER a/k/a
THE MAPLE MEDICAL CLINIC,

       Defendants.

_____

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

This matter comes before the Court on Plaintiffs' Motion to Amend Complaint.  This matter was referred to the Hon. Mark A. Randon for decision and after hearing oral argument, rules as follows:

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Complaint is granted for the reasons stated on the record.

IT IS FURTHER ORDERED that Plaintiffs may file the First Amended Complaint within seven (7) days of the date of this Order.

IT IS SO ORDERED.

                                  s/Mark A. Randon
                                  Mark A. Randon
                                  United States Magistrate Judge

Dated:  December 20, 2011

1

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 20, 2011, electronically.*

*<u>s/Melody R. Miles</u>*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*

Approved as to form:


/s/ Craig S. Romanzi_____
CRAIG S. ROMANZI (P45549)


/s/ Allison D. Lazette _____
KAREN W. MAGDICH (P62746)
ALLISON D. LAZETTE (P70945)