**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALLSTATE INSURANCE COMPANY AND
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

        Plaintiffs,

-vs-

PRAMOD KERKAR, MD,
PAIN CLINIC OF MICHIGAN, PC d/b/a
PAIN CLINIC OF MICHIGAN,
PAIN CLINIC OF MICHIGAN ASSOCIATES, PC, AND
MAPLE MILLENNIUM MEDICAL CENTER a/k/a
THE MAPLE MEDICAL CLINIC,

        Defendants.
_____/

Case No.: 10-14767
HON. Marianne O. Battani
Magistrate Judge Mark A. Randon

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (DKT. NO. 54)

This matter is before the Court on Plaintiff Allstate Insurance Company's motion to compel responses to its fifth request for production of documents and expert witness list interrogatories (Dkt. No. 54). The Court has reviewed the motion and Defendants' response (Dkt. No. 60); oral argument was heard on September 11, 2012. Being otherwise fully advised, and for the reasons stated on the record;

**IT IS ORDERED** that Plaintiff's motion to compel is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall respond to all outstanding discovery requests relating to the pending motion – without objection – on or before October 11, 2012. No costs or attorney fees shall be imposed at this time.

                                            s/Mark A. Randon
                                            Mark A. Randon
                                            United States Magistrate Judge

Dated: September 13, 2012

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 13, 2012, by electronic and/or ordinary mail.*

<u>*s/Melody R. Miles*</u>
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*