**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALLSTATE INSURANCE COMPANY AND
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

       Plaintiffs,                      Case No.:  10-14767
                                              HON. Marianne O. Battani

-vs-

PRAMOD KERKAR, MD,
PAIN CLINIC OF MICHIGAN, PC d/b/a
PAIN CLINIC OF MICHIGAN,
PAIN CLINIC OF MICHIGAN ASSOCIATES, PC, AND
MAPLE MILLENNIUM MEDICAL CENTER a/k/a
THE MAPLE MEDICAL CLINIC,

       Defendants.
_____

**AMENDED ORDER GRANTING PLAINTIFF ALLSTATE INSURANCE COMPANY'S MOTION TO COMPEL RESPONSES TO FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS AND EXPERT WITNESS LIST INTERROGATORIES DIRECTED TO DEFENDANTS**

       This matter comes before the Court on Plaintiff Allstate Insurance Company's Motion to Compel Responses to Fifth Request for Production of Documents and Expert Witness List Interrogatories Directed to Defendants.  This matter was referred to the Hon. Mark A. Randon for decision, and after hearing oral argument, rules as follows:

       IT IS HEREBY ORDERED that Plaintiff's Motion to Compel is GRANTED for the reasons stated on the record, and that Defendants may not object to Plaintiff's Requests.

       IT IS FURTHER ORDERED that the Defendants shall answer Plaintiff's Expert Witness Interrogatories and Plaintiff's Fifth Request for Production of Documents Directed to Defendants within 30 days from the date of the Motion Hearing, or by October 11, 2012.

IT IS FURTHER ORDERED that the Defendants shall produce to Plaintiffs all documents in existence that were requested in its Fifth Request for Production of Documents Directed to Defendants and Plaintiff's Expert Witness Interrogatories within 30 days of the Motion Hearing, or by October 11, 2012.

IT IS FURTHER ORDERED that discovery is extended 30 days to October 25, 2012 following a conference with Judge Battani.

IT IS SO ORDERED.

HON: /s/ Mark A. Randon
UNITED STATES MAGISTRATE JUDGE

Dated: 9/24/2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 24, 2012, by electronic and/or ordinary mail.*

*s/Melody Miles*
*Case Manager*

Approved as to form:


/s/ Craig S. Romanzi
CRAIG S. ROMANZI (P45549)


/s/ Allison D. Lazette
KAREN W. MAGDICH (P62746)
ALLISON D. LAZETTE (P70945)

2